# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Bernadine Morimoto, et al., | Case No. 2:17-cv-1774-APG-GWF |
| Plaintiffs, | **ORDER DISMISSING DEFENDANT SHERRY BENNETT** |
| v. | |
| Richard Whitley, et al., | **(ECF No. 28)** |
| Defendants. | |

On October 27, 2017, the plaintiff was advised by the court (ECF No. 28) that this action would be dismissed without prejudice as to defendant Sherry Bennett unless on or before November 24, 2017, the plaintiffs filed proper proof of service or showed good cause why such service was not timely made. The plaintiffs have failed to file proof of service nor shown good cause. Nor have the plaintiffs shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice** as to defendant Sherry Bennett only.

Dated: November 28, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE