**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:      (702) 240-7979
Facsimile:      (866) 412-6992
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABGYGAILE B., deceased; EMBER B., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto,<br><br>            Plaintiffs,<br><br>vs.<br><br>RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERRY BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I-X, inclusive; ROES XI-XX, inclusive;<br><br>            Defendants. | CASE NO.: 2:17-cv-01774-APG-GWF<br><br><br>**STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES (1ST REQUEST)** |

This Stipulation to modify the scheduling order is entered into by and between Plaintiff BERNADINE MORIMOTO, as Personal Representative of the Estate of Abygaile B. and legal guardian and maternal grandmother of Ember B. and Karriah M.; and Defendants RICHARD

WHITLEY; KELLY WOOLRIDGE; DONALD BURNETTE; CLARK COUTNY; TIMOTHY BURCH; JAMES HARDEE; and HOPELINK OF SOUTHERN NEVADA, by and through their attorneys of record, pursuant to LR IA 6-1 and LR 26-4 and based upon the following. This is the first request for an extension of the discovery deadlines.

**(a)**     **A STATEMENT OF DISCOVERY COMPLETED TO DATE:**

      Plaintiffs, Richard Whitley and Kelly Wooldridge ("State Defendants"), Clark County, James Hardee, and Hopelink have exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to Plaintiffs' claims against Defendants. Clark County has propounded written discovery requests to Plaintiffs, including interrogatories, requests for production and requests for admission. Plaintiffs' responses are due on February 27, 2018. Plaintiffs have propounded written discovery requests to Defendants Hopelink, Frank Hardee and Clark County, including interrogatories and requests for production. James Hardee's and Hopelink's responses were due on February 9, 2018 and Clark County's responses were due on February 12, 2018.

**(b)**     **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

(1) Defendants anticipate taking the deposition of Bernadine Morimoto;

(2) Plaintiffs anticipate taking the depositions of Defendants James Hardee; Karen Kyger; the 30(b)(6) witness for Hopelink of Southern Nevada; 30(b)(6) witness for Clark County; Timothy Burch; Donald Burnette; Richard Whitley; and Kelly Woolridge;

(3) Subpoenas to Las Vegas Metropolitan Police Department;

(4) Disclosure of expert witnesses;

(5) Depositions of the parties' expert witnesses;

(6) Additional document production

**(c)**     **THE REASON WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested

extension. The parties agree that, pending this Court's approval, extension of the discovery deadlines is appropriate. This is the parties' first request for an extension of the discovery deadlines. The parties are currently awaiting orders from the Court regarding Defendants' Motions to Dismiss. The parties also wish to further investigate this case, but given the ongoing criminal investigations and prosecutions of Justin Bennett and Sherry Bennett, access to this information is limited. Clark County will make its substantive document disclosures on February 22, 2018. This request is being filed more than 21 days before the expiration of the discovery deadline. The parties are seeking a 120-day continuance of below referenced dates.

**(d)**     **A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| Description: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Expert disclosure deadline | March 9, 2018 | July 6, 2018 |
| Rebuttal expert disclosure | April 9, 2018 | August 6, 2018 |
| Discovery Deadline | May 8, 2018 | September 5, 2018 |
| Dispositive Motion Deadline | June 7, 2018 | October 5, 2018 |
| Pre-Trial Order Deadlines | July 6, 2018 | November 2, 2018 |
| Amend Pleadings and Add Parties | February 7, 2018 | June 7, 2018 |
| Interim Status Report | March 9, 2018 | July 6, 2018 |

DATED: <u>February 14, 2018</u>        DATED: <u>February 14, 2018</u>

CHRISTIANSEN LAW OFFICES        OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

By <u>/s/ R. Todd Terry</u>        BY <u>/s/ Felicia Galati</u>
PETER S. CHRISTIANSEN, ESQ.      FELICIA GALATI, ESQ.
Nevada Bar No. 5254        NV Bar No. 7341
R. TODD TERRY, ESQ.        9950 W. Cheyenne Avenue
Nevada Bar No. 6519        Las Vegas, NV 89129
WHITNEY J. BARRETT, ESQ.      *Attorneys for Defendants Clark County,*
NV Bar No. 13662        *Donald Burnette and Timothy Burch*
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

/ / /

/ / /

/ / /

3

DATED: <u>February 14, 2018</u>

SKANE WILCOX LLP

BY <u>/s/ Danielle A. Kolkoski</u>
DANIELLE A. KOLKOSKI, ESQ.
NV Bar No. 8506
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendants Hopelink of*
*Southern Nevada and James Hardee*

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _February 15, 2018_____