# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BERNADINE MORIMOTO, as personal representative of the Estate of Abygaile B.; EMBER B., and KARRIAH M.,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WHITLEY, et al.,<br><br>Defendants. | Case No. 2:17-cv-01774-APG-GWF<br><br>**ORDER FOR SUPPLEMENTAL BRIEFS** |

Defendants Hopelink of Southern Nevada, James Hardee, Clark County, Donald Burdette, and Timothy Burch move to dismiss on the basis that the real party in interest is not before the court because the suit was brought by Bernadine Morimoto on behalf of her three minor grandchildren but Bernadine does not have legal custody of the children. ECF Nos. 30, 31. The plaintiffs respond, in part, that while the children's mother has legal custody, they request Bernadine be appointed guardian ad litem for purposes of this lawsuit because the mother is in the Air Force and may have to deploy at any time. ECF Nos. 32, 38.

The parties have not sufficiently addressed whether Bernadine is an appropriate appointee for the deceased child. Bernadine identifies herself in the complaint as "representative of the Estate of Abygaile B." ECF No. 1 at 3. But there is no indication that an estate has been created for Abygaile or that Bernadine is the court-appointed estate representative. I therefore will direct the plaintiffs to file a supplemental brief addressing whether Bernadine has been appointed as the representative of Abygaile's estate and, if not, whether she needs to be.

IT IS THEREFORE ORDERED that on or before April 4, 2018, the plaintiffs shall file a supplemental brief addressing whether Bernadine Morimoto has been appointed as the representative of Abygaile's estate and, if not, whether she needs to be.

IT IS FURTHER ORDERED that the defendants may file a response on or before April 18, 2018.

DATED this 19th day of March, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE