**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone: (702) 240-7979
Facsimile: (866) 412-6992
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABGYGAILE B., deceased; EMBER B., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto,<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERRY BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I-X, inclusive; ROES XI-XX, inclusive;<br><br>Defendants. | CASE NO.: 2:17-cv-01774-APG-GWF<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND DEADLINES REGARDING DEFENDANTS CLARK COUNTY, DONALD BURNETTE and TIMOTHY BURCH'S MOTION TO DISMISS** |

Plaintiff BERNADINE MORIMOTO, as Personal Representative of the Estate of Abygaile B. and legal guardian and maternal grandmother of Ember B. and Karriah M.; and

Defendants DONALD BURNETTE, TIMOTHY BURCH, and CLARK COUNTY, by and through their counsel of record Felicia Galati, Esq., pursuant to LR IA 6-1(b) hereby stipulate and agree to extend the deadlines associated with Defendants, Clark County, Donald Burnette and Timothy Burch's Motion to Dismiss filed on April 19, 2018 (Dkt. No. 48) as follows:

WHEREAS, Defendants filed their Motion on April 19, 2018;

WHEREAS, Plaintiffs opposition is due on or before May 3, 2018;

WHEREAS, Defendants' reply brief would have been due 7 days immediately following the filing of Plaintiffs' opposition.

IT IS STIPULATED AND AGREED that Plaintiffs' opposition shall be due on or before May 14, 2018.

IT IS FUTHER STIPULATED AND AGREED that Defendants' Reply shall be due on or before May 21, 2018 or 7 days immediately following the filing of Plaintiffs' Opposition, whichever comes first.

DATED: April 30, 2018

CHRISTIANSEN LAW OFFICES

By */s/ R. Todd Terry*
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: April 30, 2018

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

BY */s/ Felicia Galati*
FELICIA GALATI, ESQ.
NV Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants Clark County, Donald Burnette and Timothy Burch*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 2, 2018.