Elizabeth A. Skane, Esq. (Nevada Bar No. 7181)
eskane@skanewilcox.com
Danielle A. Kolkoski, Esq. (Nevada Bar No. 8506)
dkolkoski@skanewilcox.com
SKANE WILCOX LLP
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
T: (702) 363-2535 / F: (702) 363-2534

Attorneys for Defendants, HOPELINK OF SOUTHERN NEVADA
and JAMES HARDEE

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABYGAILE B. deceased; EMBER B., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERR BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I through X, and ROES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:17-CV-01774-APG-GWF<br><br>**STIPULATION TO EXTEND DEADLINE REGARDING DEFENDANTS HOPELINK OF SOUTHERN NEVADA AND JAMES HARDEE'S RESPONSE IN SUPPORT OF MOTION FOR LEAVE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) [ECF No. 45]**<br>**(FIRST REQUEST)** |

| | |
|---|---|
| 1 | **COMES NOW**, Defendants HOPELINK OF SOUTHERN NEVADA (hereinafter "HOPELINK") and JAMES HARDEE (hereinafter collectively "HOPELINK DEFENDANTS"), by and through their attorneys of record, the law firm of SKANE WILCOX, LLP; and Plaintiff BERNADINE MORIMOTO, as Personal Representative of the Estate of Abygaile B., and legal guardian and maternal grandmother of Ember B. and Karriah M., by and through their counsel of record, CHRISTIANSEN LAW OFFICES, pursuant to LR IA 6-1(b) herby stipulate and agree to this first extension to the deadline for HOPELINK DEFENDANTS to file their Response in Support of DEFENDANTS HOPELINK OF SOUTHERN NEVADA AND JAMES HARDEE'S MOTION FOR LEAVE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) [ECF No. 45] which is due May 8, 2018 to Monday, May 14, 2018. |

IT IS STIPULATED AND AGREED that HOPELINK DEFENDANTS Response in Support of their MOTION FOR LEAVE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(a)(2) [ECF No. 45] shall be due on or before Monday, May 14, 2018.

Dated: May 8, 2018                                              Dated: May 8, 2018

   SKANE WILCOX                                              CHRISTIANSEN LAW OFFICES

By: _/s/ Danielle A. Kolkoski____                   By: _/s/ Whitney J. Barrett_____
   Danielle A. Kolkoski, Esq.                              Whitney J. Barrett, Esq.
   Nevada Bar No. 8506                                      Nevada Bar No. 13662
   1120 Town Center Drive, Suite 200              810 S. Casino Center Blvd., Suite 104
   Las Vegas, Nevada 89144                              Las Vegas, Nevada 89101
   Tel: 702-363-2535                                             Tel: 702-240-7979
   Attorneys for Defendants, HOPELINK OF        Attorneys for Plaintiffs
   SOUTHERN NEVADA and JAMES
   HARDEE

   IT IS SO ORDERED.

*George Foley Jr.*
_____
  UNITED STATES MAGISTRATE JUDGE

Dated: 5-09-2018

2
2:17-CV-01774-APG-GWF