FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile: 702-383-0701
Attorneys for Defendants CLARK COUNTY,
DONALD BURNETTE, and TIMOTHY BURCH

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABYGAILE B., deceased; EMBER B., a minor, by and through material grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through material grandmother and legal guardian, Bernadine Morimoto,<br><br>Plaintiffs,<br><br>v.<br><br>RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERRY BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I-X, inclusive; ROES XI-XX, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-1774-APG-GWF<br><br>**ORDER**<br><br>**STIPULATION TO EXTEND DEADLINE FOR FILING REPLY TO OPPOSITION TO DEFENDANTS CLARK COUNTY, DONALD BURNETTE AND TIMOTHY BURCH'S MOTION TO DISMISS** |

1

Plaintiffs, by and through their attorney of record, R. Todd Terry, Esq., and Defendants, by and through their attorney of record, Felicia Galati, Esq., pursuant to LR IA 6-1(b), hereby stipulate and agree to extend the deadline for Defendants' Reply to Plaintiffs' Opposition to Defendants' Motion to Dismiss filed on April 19, 2018 (Dkt. No. 48) as follows:

WHEREAS, Defendants filed their Motion on April 19, 2018;

WHEREAS, Plaintiffs filed their Opposition to Defendants' Motion on May 14, 2018; and

WHEREAS, Defendants' Reply brief would have been due seven (7) days immediately following the filing of Plaintiffs' Opposition on May 21, 2018, pursuant to this Court's Order (Dkt. No. 53).

IT IS HEREBY STIPULATED AND AGREED that Defendants' Reply shall be due on or before May 28, 2018.

DATED this 17th day of May, 2018.　　　　DATED this 17th day of May, 2018.

CHRISTIANSEN LAW OFFICES　　　　OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

/s/ R. Todd Terry, Esq.　　　　/s/ Felicia Galati, Esq.

R. TODD TERRY, ESQ.　　　　FELICIA GALATI, ESQ.
Nevada Bar No. 6519　　　　Nevada Bar No.: 7341
810 S. Casino Center Blvd., Ste. 104　　　　9950 W. Cheyenne Avenue
Las Vegas, NV 89101　　　　Las Vegas, Nevada 89129
Attorney for Plaintiffs　　　　Attorney for Defendants

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE
Dated: May 17, 2018.

2