**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:    (702) 240-7979
Facsimile:    (866) 412-6992
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABGYGAILE B., deceased; EMBER B., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto, <br><br> Plaintiffs, <br><br> vs. <br><br> RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERRY BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I-X, inclusive; ROES XI-XX, inclusive; <br><br> Defendants. | CASE NO.: 2:17-cv-01774-APG-GWF <br><br><br> **STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES** <br> **(2nd REQUEST)** |

This Stipulation to modify the scheduling order is entered into by and between Plaintiff BERNADINE MORIMOTO, as Personal Representative of the Estate of Abygaile B. and legal guardian and maternal grandmother of Ember B. and Karriah M.; and Defendants DONALD

*Sidebar (vertical text):* CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

BURNETTE; TIMOTHY BURCH; CLARK COUNTY; JAMES HARDEE; and HOPELINK OF SOUTHERN NEVADA, by and through their attorneys of record, pursuant to LR IA 6-1 and LR 26-4 and based upon the following. This is the second request for an extension of the discovery deadlines.

**(a)     A STATEMENT OF DISCOVERY COMPLETED TO DATE:**

Plaintiffs and Defendants Clark County, James Hardee, and Hopelink have exchanged initial disclosures of documents and the names of individuals with knowledge of the facts pertaining to Plaintiffs' claims against Defendants and have supplemented those disclosures. The parties have propounded and responded to written discovery. The remaining parties have propounded and responded to written discovery.  Plaintiffs have subpoenaed the records from Henderson Police Department and Las Vegas Metropolitan Police Department and are awaiting receipt of those documents for disclosure.  Plaintiffs and Defendants are in the process of coordinating depositions.

**(b)     A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

(1) Defendants anticipate taking the deposition of Bernadine Morimoto, Korie Morimoto, Sherry Bennett, and Kenneth Morimoto;

(2) Plaintiffs anticipate taking the depositions of Defendants James Hardee; Karen Kyger; the 30(b)(6) witness for Hopelink of Southern Nevada; 30(b)(6) witness for Clark County; Timothy Burch; Donald Burnette; Richard Whitley; and Kelly Woolridge;

(3) Receipt of documents pursuant to subpoenas to Las Vegas Metropolitan Police Department and Henderson Police Department;

(4) Disclosure of expert witnesses;

(5) Depositions of the parties' expert witnesses;

(6) Additional document production.

/ / /

/ / /

**(c)** **THE REASON WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of the discovery deadlines is appropriate. This is the parties' second request for an extension of the discovery deadlines. Defendants Hopelink of Southern of Nevada and James Hardee filed a motion for leave to add new parties and discovery was halted while the parties awaited this Court's decision on this Motion, which was denied without prejudice and re-filed on June 7, 2018. Additionally, the parties are currently awaiting an order from the Court regarding Defendants Clark County, Donald Burnette and Timothy Burch's Motions to Dismiss. The parties also wish to further investigate this case but given the ongoing criminal investigations and prosecutions of Justin Bennett and Sherry Bennett, access to this information is limited. This request is being filed more than 21 days before the expiration of the discovery deadline. The parties are seeking a 90-day continuance of below referenced dates.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**(d)** **A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| Description: | Current Deadline: | Proposed Deadline: |
|---|---|---|
| Expert disclosure deadline | July 6, 2018 | October 5, 2018 |
| Rebuttal expert disclosure | August 6, 2018 | November 5, 2018 |
| Discovery Deadline | September 5, 2018 | December 4, 2018 |
| Dispositive Motion Deadline | October 5, 2018 | January 4, 2019 |
| Pre-Trial Order Deadlines | November 2, 2018 | February 4, 2019 |
| Amend Pleadings and Add Parties | June 7, 2018 | Closed |
| Interim Status Report | July 6, 2018 | October 4, 2018 |

DATED: 11th day of June, 2018.

CHRISTIANSEN LAW OFFICES

By */s/ Whitney J. Barrett*
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: 11th day of June, 2018.

OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI

BY ___ */s/ Felicia Galati* ___
FELICIA GALATI, ESQ.
NV Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants Clark County,
Donald Burnette and Timothy Burch*

DATED: 11th day of June, 2018.

SKANE WILCOX LLP

BY ___ */s/ Danielle A. Kolkoski* ___
DANIELLE A. KOLKOSKI, ESQ.
NV Bar No. 8506
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendants Hopelink of
Southern Nevada and James Hardee*

**IT IS SO ORDERED.**

*George Foley Jr.*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____6-12-2018_____

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28