**PETER S. CHRISTIANSEN, ESQ.**
Nevada Bar No. 5254
pete@christiansenlaw.com
**KENDELEE L. WORKS, ESQ.**
Nevada Bar No. 9611
kworks@christiansenlaw.com
**WHITNEY J. BARRETT, ESQ.**
Nevada Bar No. 13662
kworks@christiansenlaw.com
**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Telephone:     (702) 240-7979
Facsimile:     (866) 412-6992
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Bernadine Morimoto, as Personal Representative of the ESTATE OF ABGYGAILE B., deceased; EMBER B., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto; and KARRIAH M., a minor, by and through maternal grandmother and legal guardian, Bernadine Morimoto, | CASE NO.: 2:17-cv-01774-APG-GWF |
| Plaintiffs, | **STIPULATION TO MODIFY SCHEDULING ORDER DEADLINES (3rd REQUEST)** |
| vs. | |
| RICHARD WHITLEY, Director of the Nevada Department of Health and Human Services; KELLY WOOLRIDGE, Administrator of the Nevada Division of Child and Family Services; DONALD BURNETTE, Clark County Manager; CLARK COUNTY; TIMOTHY BURCH, Director of Clark County Department of Family Services; JAMES HARDEE, individually; HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation; SHERRY BENNETT, individually; JUSTIN TOM BENNETT, individually; DOES I-X, inclusive; ROES XI-XX, inclusive; | |
| Defendants. | |
| HOPELINK OF SOUTHERN NEVADA, a Nevada Non-Profit Corporation, JAMES HARDEE, individually, | |
| Cross-Claimant | |
| v. | |

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

**CHRISTIANSEN LAW OFFICES**
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

1  JUSTIN BENNETT, individually; DOES I through
2  X, inclusive,

3              Cross-Defendant

4  HOPELINK OF SOUTHERN NEVADA, a
   Nevada Non-Profit Corporation, JAMES
5  HARDEE, individually,

6              Third-Party Plaintiff

7  v.

8  KORIE MORIMOTO, individual; BERNADINE
   MORIMOTO, individually; KENNETH
9  MORIMOTO, individually; SHERRY MORSE,
   individually; and DOES I through X, inclusive
10
11             Third-Party Defendants

12      This Stipulation to modify the scheduling order is entered into by and between Plaintiff

13  BERNADINE MORIMOTO, as Personal Representative of the Estate of Abygaile B. and legal

14  guardian and maternal grandmother of Ember B. and Karriah M.; and Defendants DONALD

15  BURNETTE; TIMOTHY BURCH; CLARK COUNTY; JAMES HARDEE; and HOPELINK OF

16  SOUTHERN NEVADA, by and through their attorneys of record, pursuant to LR IA 6-1 and LR

17  26-4 and based upon the following. This is the third request for an extension of the discovery

18  deadlines.

19  **(a)    A STATEMENT OF DISCOVERY COMPLETED TO DATE:**

20      Plaintiffs and Defendants Clark County, James Hardee, and Hopelink have exchanged

21  initial disclosures of documents and the names of individuals with knowledge of the facts

22  pertaining to Plaintiffs' claims against Defendants and have supplemented those disclosures. The

23  parties have propounded and responded to written discovery. The remaining parties have

24  propounded and responded to written discovery.  Plaintiffs have subpoenaed the records from

25  Henderson Police Department, Las Vegas Metropolitan Police Department and the Clark County

26  Medical Examiner and have received the subpoenaed documents.  Plaintiff is currently reviewing

27  the subpoenaed records for supplementation.  Plaintiff has taken the deposition of Lisa Ray

28

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

Gibson and the first day of the deposition of Kristin Reyn Aviles.  Plaintiffs and Defendants have additional depositions on calendar and are in the process of coordinating additional depositions.

**(b)** **A SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:**

    (1) Defendants anticipate taking the deposition of Bernadine Morimoto, Korie Morimoto, Sherry Bennett, and Kenneth Morimoto;

    (2) Plaintiffs anticipate taking the depositions of Defendants James Hardee; Karen Kyger; the 30(b)(6) witness for Hopelink of Southern Nevada; 30(b)(6) witness for Clark County; Timothy Burch; Donald Burnette; Richard Whitley; Lorea Arostegui; and Kelly Woolridge inter alia;

    (3) Disclosure of documents pursuant to subpoenas to Las Vegas Metropolitan Police Department and Henderson Police Department;

    (4) Disclosure of expert witnesses;

    (5) Depositions of the parties' expert witnesses;

    (6) Additional document production.

**(c)** **THE REASON WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE TIME LIMITS SET BY THE DISCOVERY PLAN**

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of the discovery deadlines is appropriate.  This is the parties' third request for an extension of the discovery deadlines. Defendants Hopelink of Southern of Nevada and James Hardee filed a motion for leave to add new parties and discovery was halted while the parties awaited this Court's decision on this Motion, which was denied without prejudice and re-filed on June 7, 2018.  The re-filed Motion was granted, and the order was entered on July 2, 2018.  Defendants Hopelink of Southern of Nevada and James Hardee filed and serve their Third-Party Complaint and Crossclaim on July 2, 2018.  Service was effectuated on Kenneth and Bernadine Morimoto but is still pending on Sherry Morse and Korie Morimoto. Answers are pending from the served parties.  Additionally,

the parties are currently awaiting an order from the Court regarding Defendants Clark County, Donald Burnette and Timothy Burch's Motions to Dismiss which has been set on hearing for October 24, 2018. The parties also wish to further investigate this case but given the ongoing criminal investigations and prosecutions of Justin Bennett and Sherry Bennett, access to this information is limited. This request is being filed more than 21 days before the expiration of the discovery deadline. The parties are seeking a 6-month continuance of below referenced dates.

**(d)    A PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

| Description: | Current Deadline: | Proposed Deadline: |
| --- | --- | --- |
| Expert disclosure deadline | October 5, 2018 | April 5, 2019 |
| Rebuttal expert disclosure | November 5, 2018 | May 6, 2019 |
| Discovery Deadline | December 4, 2018 | June 4, 2019 |
| Dispositive Motion Deadline | January 4, 2019 | July 5, 2019 |
| Pre-Trial Order Deadlines | February 4, 2019 | August 5, 2019 |
| Amend Pleadings and Add Parties | Closed | Closed |
| Interim Status Report | October 4, 2018 | April 5, 2019 |

DATED: 27th day of September 2018.

CHRISTIANSEN LAW OFFICES

By */s/ R. Todd Terry*
PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
R. TODD TERRY, ESQ.
Nevada Bar No. 6519
WHITNEY J. BARRETT, ESQ.
NV Bar No. 13662
810 S. Casino Center Blvd., Ste. 104
Las Vegas, NV 89101
*Attorneys for Plaintiffs*

DATED: 27th day of September 2018.

SKANE WILCOX LLP

BY    */s/ Sarai L. Brown*
SARAI L. BROWN, ESQ.
NV Bar No. 11067
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
*Attorneys for Defendants Hopelink of Southern Nevada and James Hardee*

DATED: 27th day of September 2018.

OLSON, CANNON, GORMLEY, ANGULO & STOBERSKI

BY    */s/ Felicia Galati*
FELICIA GALATI, ESQ.
NV Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
*Attorneys for Defendants Clark County, Donald Burnette and Timothy Burch*

**IT IS SO ORDERED.**

*George Foley Jr.*

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 9-28-2018

CHRISTIANSEN LAW OFFICES
810 S. Casino Center Blvd. Suite 104
Las Vegas, Nevada 89101
702-240-7979 • Fax 866-412-6992

5