UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| BERNADINE MORIMOTO, *et al*., | Case No. 2:17-cv-01774-APG-GWF |
|---|---|
| Plaintiffs, | |
| v. | **ORDER** |
| RICHARD WHITLEY, *et al*., | |
| Defendants. | |

This matter is before the Court on Defendants/Third Party Plaintiffs Hopelink of Southern Nevada and James Hardee's Motion to Extend Time to Serve Cross-Claim and Third-Party Complaint (ECF No. 85), filed September 30, 2018.  To date, no response has been filed and the time for which has now expired.  Upon review and consideration and based on the representations made by counsel, the Court finds good cause exists to grant the parties' request.  Accordingly,

**IT IS HEREBY ORDERED** that Defendants/Third Party Plaintiffs Hopelink of Southern Nevada and James Hardee's Motion to Extend Time to Serve Cross-Claim and Third-Party Complaint (ECF No. 85) is **granted**.  Defendants/Third Party Plaintiffs Hopelink of Southern Nevada and James Hardee shall have **ninety (90) days** from the entry of this order to effectuate service.

Dated this 17th day of October, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE